**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Howard**<br>First Name<br><br>Middle Name<br><br>**Thomas**<br>Last Name<br><br>**Jr.**<br>Suffix (Sr., Jr., II, III) | **Carrie**<br>First Name<br><br>Middle Name<br><br>**Thomas**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name<br><br>Middle Name<br><br>Last Name | First Name<br><br>Middle Name<br><br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 8  5  4  9<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – 5  7  0  2<br>OR<br>9xx – xx – ___ ___ ___ ___ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and doing business as names | ☑ I have not used any business names or EINs.<br><br>Business name<br><br>Business name<br><br>Business name | ☑ I have not used any business names or EINs.<br><br>Business name<br><br>Business name<br><br>Business name |

| Debtor 1 | Howard Thomas, Jr. | | | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | Carrie Thomas | | | | Case number (if known) | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
|  | ___ ___ - ___ ___ ___ ___ ___ ___ ___ | ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
|  | EIN | EIN |
|  | ___ ___ - ___ ___ ___ ___ ___ ___ ___ | ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
|  | EIN | EIN |

**5. Where you live**

| **About Debtor 1:** | **If Debtor 2 lives at a different address:** |
|---|---|
| 1804 Universal Ave. | |
| Number    Street | Number    Street |
| | |
| San Bernardino    CA    92407 | |
| City    State    ZIP Code | City    State    ZIP Code |
| San Bernardino | |
| County | County |
| If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address. |
| | |
| Number    Street | Number    Street |
| P.O. Box | P.O. Box |
| City    State    ZIP Code | City    State    ZIP Code |

**6. Why you are choosing this district to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

### Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

| Debtor 1 | Howard Thomas, Jr. | |
|---|---|---|
| Debtor 2 | Carrie Thomas | Case number (if known) |

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, _____ |
| | MM / DD / YYYY | if known |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, _____ |
| | MM / DD / YYYY | if known |

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                         Case number (if known) _____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

12. **Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                    State        ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property? _____
                        Number    Street

_____

_____
City                                    State        ZIP Code

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**                                        Case number (if known) _____

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

15.  **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Howard Thomas, Jr. | |
|---|---|---|
| Debtor 2 | Carrie Thomas | Case number (if known) _____ |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Howard Thomas, Jr., Debtor 1

Executed on 06/19/2019
MM / DD / YYYY

X _____
Carrie Thomas, Debtor 2

Executed on 06/19/2019
MM / DD / YYYY

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**

Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____    Date 06/19/2019
Signature of Attorney for Debtor                    MM / DD / YYYY

**Robert W Ripley**
Printed name

**Law Office of Ripley and Associates, APC**
Firm Name

**14440 Civic Drive**
Number        Street

**Bldg A**

**Victorville**                    **CA**        **92392**
City                        State        ZIP Code

Contact phone    **(760) 243-4488**        Email address **admin@ripleyslaw.com**

**51423**                        **CA**
Bar number                    State

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Victorville _____, California    X _____
                                                    Debtor

Dated    June 18, 2019 _____                  X _____
                                                    Joint Debtor

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Howard | | Thomas, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carrie | | Thomas |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DIST. OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

|  | Your assets
Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $330,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B......................................... | $24,135.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $354,135.00 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | Your liabilities
Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | $332,240.53 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. **+** | $53,464.45 |
| Your total liabilities | $385,704.98 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I....................................................................... | $5,315.30 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J................................................................................. | $5,432.07 |

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                             Case number (if known) _____

## Part 4:    Answer These Questions for Administrative and Statistical Records

6.  Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

7.  What kind of debt do you have?

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal,
   family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit
   this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from
   Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.                         $5,504.83

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

                                                                        Total claim

   From Part 4 on *Schedule E/F,* copy the following:

   9a. Domestic support obligations.  (Copy line 6a.)                       $0.00

   9b. Taxes and certain other debts you owe the government.  (Copy line 6b.)    $0.00

   9c. Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    $0.00

   9d. Student loans.  (Copy line 6f.)                                      $0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as
       priority claims.  (Copy line 6g.)                                    $0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    + $0.00

   9g. **Total.**  Add lines 9a through 9f.                                  $0.00

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Howard | | Thomas, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carrie | | Thomas |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DIST. OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106A/B

## Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1.<br>**1804 Universal Ave.**<br>Street address, if available, or other description<br><br>_____<br><br>**San Bernardino**  **CA  92407**<br>City  State  ZIP Code<br><br>**San Bernardino**<br>County<br><br>**Residence** | **What is the property?**<br>Check all that apply.<br>☑ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☑ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____<br><br>**Who has an interest in the property?**<br>Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>Other information you wish to add about this item, such as local property identification number: | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>Current value of the entire property?  Current value of the portion you own?<br>**$330,000.00**  **$330,000.00**<br><br>Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.<br><br>**Fee Simple**<br><br>☑ Check if this is community property (see instructions) |

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1. Write that number here.......................................................→  **$330,000.00**

### Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1      Howard Thomas, Jr.

Debtor 2      Carrie Thomas

Case number (if known) _____

| 3.1. | | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| Make: | | Honda | ☐ Debtor 1 only | | |
| Model: | | Pilot | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Year: | | 2013 | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | 62,618 | | ☐ At least one of the debtors and another | $14,200.00 | $14,200.00 |

Other information:

2013 Honda Pilot (approx. 62,618 miles)

☑ Check if this is community property (see instructions)

| 3.2. | | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| Make: | | Dodge | ☐ Debtor 1 only | | |
| Model: | | Caravan | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Year: | | 2008 | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | 119,718 | | ☐ At least one of the debtors and another | $2,300.00 | $2,300.00 |

Other information:

2008 Dodge Caravan (approx. 119,718 miles)

☑ Check if this is community property (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here.........................................................→    $16,500.00

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **Household Goods**                                           $5,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☑ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe..... **Books and Pictures**                                         $200.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

| Debtor 1 | Howard Thomas, Jr. | |
|---|---|---|
| Debtor 2 | Carrie Thomas | Case number (if known) _____ |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... **Wearing Apparel**                                                                    $400.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... **Jewelry**                                                                             $150.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................................** →    $5,750.00

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................................................................................... Cash: ............................    $1,355.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.............................    Institution name:

| 17.1. | Checking account: | Checking account - 6399 Wells Fargo Bank | $10.00 |
|---|---|---|---|
| 17.2. | Checking account: | Checking account - 2309 Bank of America | $100.00 |
| 17.3. | Savings account: | Savings account - 1999 Wells Fargo Bank | $20.00 |
| 17.4. | Savings account: | Savings account - 0400 Bank of America | $400.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.............................    Institution or issuer name:

| Debtor 1 | Howard Thomas, Jr. | | |
|---|---|---|---|
| Debtor 2 | Carrie Thomas | | Case number (if known) |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about
them........................... Name of entity:           % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about
them........................... Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No

☐ Yes. List each
account separately.   Type of account:   Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes........................... Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes........................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes........................... Institution name and description. Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them

Debtor 1    Howard Thomas, Jr.

Debtor 2    Carrie Thomas                                        Case number (if known) _____

Money or property owed to you?                                                    Current value of the
                                                                                  portion you own?
                                                                                  Do not deduct secured
                                                                                  claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information                                          Federal: _____
about them, including whether
you already filed the returns                                             State: _____
and the tax years.....................                                    Local: _____

29. **Family support**
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information                                  Alimony: _____

                                                                 Maintenance: _____

                                                                 Support: _____

                                                                 Divorce settlement: _____

                                                                 Property settlement: _____

30. **Other amounts someone owes you**
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information                                          _____

31. **Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:              Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information                                          _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim........                                        _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No

☐ Yes. Describe each claim........                                        _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information                                          _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here...................................................................................................** →    $1,885.00

Debtor 1     Howard Thomas, Jr.
Debtor 2     Carrie Thomas                                              Case number (if known) _____

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1. |

37. Do you own or have any legal or equitable interest in any business-related property?

   ☑ No. Go to Part 6.
   ☐ Yes. Go to line 38.

                                                                                      Current value of the
                                                                                      portion you own?
                                                                                      Do not deduct secured
                                                                                      claims or exemptions.

38. Accounts receivable or commissions you already earned

   ☑ No
   ☐ Yes. Describe..                                                                   _____

39. Office equipment, furnishings, and supplies
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
   desks, chairs, electronic devices

   ☑ No
   ☐ Yes. Describe..                                                                   _____

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

   ☑ No
   ☐ Yes. Describe..                                                                   _____

41. Inventory

   ☑ No
   ☐ Yes. Describe..                                                                   _____

42. Interests in partnerships or joint ventures

   ☑ No
   ☐ Yes. Describe..... Name of entity:                        % of ownership:

43. Customer lists, mailing lists, or other compilations

   ☑ No
   ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
      ☐ No
      ☐ Yes. Describe.....                                                             _____

44. Any business-related property you did not already list

   ☑ No
   ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
   attached for Part 5. Write that number here........................................................................................... →     | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

   ☑ No. Go to Part 7.
   ☐ Yes. Go to line 47.

| Debtor 1 | **Howard Thomas, Jr.** | |
|---|---|---|
| Debtor 2 | **Carrie Thomas** | Case number (if known) _____ |

|  | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here..........................................................................................** →  $0.00

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here.............................................** →  $0.00

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas

Case number (if known) _____

## Part 8:   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2.......................................................................................................... → | | $330,000.00 |
| 56. Part 2: Total vehicles, line 5 | $16,500.00 | |
| 57. Part 3: Total personal and household items, line 15 | $5,750.00 | |
| 58. Part 4: Total financial assets, line 36 | $1,885.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 + | $0.00 | |
| 62. Total personal property.   Add lines 56 through 61.................. | $24,135.00 | Copy personal property total → + $24,135.00 |
| 63. Total of all property on Schedule A/B.   Add line 55 + line 62.................................................................... | | $354,135.00 |

**Fill in this information to identify your case:**

| Debtor 1 | Howard | | Thomas, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carrie | | Thomas |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Residence**<br>Line from *Schedule A/B*: __1.1__ | **$330,000.00** | ☑ **$26,175.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 (Claimed:<br>**$26,175.75**<br>175000) |
| Brief description:<br>**Household Goods**<br>Line from *Schedule A/B*: __6__ | **$5,000.00** | ☑ **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 (Claimed:<br>**$5,000.00**<br>5000.00) |
| Brief description:<br>**Books and Pictures**<br>Line from *Schedule A/B*: __8__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 (Claimed: **$200.00**<br>200.00) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**                                                  Case number (if known) _____

| Part 2: | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Wearing Apparel**<br>Line from *Schedule A/B:* ___11___ | $400.00 | ☑ __$400.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020 (Claimed: $400.00 400.00)** |
| Brief description:<br>**Jewelry**<br>Line from *Schedule A/B:* ___12___ | $150.00 | ☑ __$150.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040 (Claimed: $150.00 150.00)** |

**Fill in this information to identify your case:**

| Debtor 1 | Howard | | Thomas, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carrie | | Thomas |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DIST. OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1.  Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2.  **List all secured claims.** If a creditor has more than one secured
claim, list the creditor separately for each claim. If more than one
creditor has a particular claim, list the other creditors in Part 2. As
much as possible, list the claims in alphabetical order according to the
creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|
| **2.1** | | | |
| Describe the property that<br>secures the claim: | $15,656.65 | $330,000.00 | |

| 2.1 | |
|---|---|
| **Hero Program** | Describe the property that secures the claim: |
| Creditor's name | Residence |
| 15073 Avenue of Science | |
| Number   Street | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| San Diego | CA | 92128 |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates
to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    02/2017        Last 4 digits of account number    2  0  9  4

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $15,656.65 |
|---|

Debtor 1    Howard Thomas, Jr.

Debtor 2    Carrie Thomas

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

| 2.2 | | | | |
|---|---|---|---|---|

| Describe the property that secures the claim: | $21,116.28 | $14,200.00 | $6,916.28 |
|---|---|---|---|

**Kinecta Federal Credit Union**
Creditor's name

P.O. Box 91210
Number    Street

2013 Honda Caravan

**As of the date you file, the claim is:** Check all that apply.

City of Industry    CA    91715
City                State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates
to a community debt

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Date debt was incurred    06/2014

Last 4 digits of account number    8  1  4  9

---

| 2.3 | | | | |
|---|---|---|---|---|

| Describe the property that secures the claim: | $7,300.00 | $2,300.00 | $5,000.00 |
|---|---|---|---|

**One Main Financial**
Creditor's name

2999 Kendal Dr., Ste. 211
Number    Street

2008 Dodge Caravan

**As of the date you file, the claim is:** Check all that apply.

San Bernardino    CA    92407
City               State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates
to a community debt

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Date debt was incurred    05/2009

Last 4 digits of account number    8  1  3  0

---

Add the dollar value of your entries in Column A on this page. Write
that number here:

$28,416.28

Debtor 1   Howard Thomas, Jr.

Debtor 2   Carrie Thomas                                          Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

2.4

Plaza Home Mortgage Inc.
Creditor's name

P.O. Box 94087
Number   Street

|   |   |
|---|---|
| Describe the property that<br>secures the claim: | |
| Residence | |

|   | $288,167.60 | $330,000.00 | |

Palatine        IL      60094
City           State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim relates
   to a community debt

Date debt was incurred   11/2002

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   Deed of Trust

Last 4 digits of account number   4   1   1   4

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $288,167.60 |
|---|

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:

| $332,240.53 |
|---|

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 3

**Fill in this information to identify your case:**

| Debtor 1 | Howard | | Thomas, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carrie | | Thomas |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DIST. OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY
claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G).
Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*.
If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page
to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each
   claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and
   show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If
   more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular
   claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

2.1

| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ |
|---|---|
| Number          Street | When was the debt incurred? _____ |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City          State     ZIP Code

Who incurred the debt?     Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what
   type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in
   Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

                                                                                              **Total claim**

| 4.1 |                                                                                        **$700.00** |

| **Ashro** | **Last 4 digits of account number** __ __ __ __ |
| Nonpriority Creditor's Name | |
| **1112 7th Avenue** | **When was the debt incurred?    05/2006** |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Monroe**          **WI    53566** | |
| City          State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?** Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only |    that you did not report as priority claims |
| ☑ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☑ **Check if this claim is for a community debt** |    **Credit Purchase** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

| 4.2 |                                                                                        **$3.00** |

| **Axcess Financial** | **Last 4 digits of account number    5  7  5  5** |
| Nonpriority Creditor's Name | |
| **7755 Montogomery Road** | When was the debt incurred?    06/2015 |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. |
| **Suite 400** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Cincinnati**          **OH    45236** | |
| City          State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?** Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only |    that you did not report as priority claims |
| ☑ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☑ **Check if this claim is for a community debt** |    **Unsecured** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

---

### 4.3

**$480.00**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 15019**
Number      Street

_____

**Wilmington**          **DE      19886**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    8    9    5**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Purchase**

---

### 4.4

**$553.00**

**Bank Of America**
Nonpriority Creditor's Name
**4909 Savarese Circle**
Number      Street
**FL1-908-01-50**

_____

**Tampa**              **FL      33634**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8    5    0    6**

When was the debt incurred?    **09/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

### 4.5

**$882.00**

**Capital One**
Nonpriority Creditor's Name
**P.O. Box 71087**
Number      Street

_____

**Charlotte**          **NC      28272**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1    7    2    6**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Purchase**

---

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.6

**$891.00**

**Capital One Na**
Nonpriority Creditor's Name
**Attn: General Correspondence/Bankruptcy**
Number    Street
**PO Box 30285**

**Salt Lake City**          **UT      84130**
City                         State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    5   7   3   0

When was the debt incurred?    10/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

### 4.7

**$2,298.69**

**Care Credit**
Nonpriority Creditor's Name
**P.O. Box 960061**
Number    Street

**Orlando**          **FL      32896**
City                  State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    5   2   5   2

When was the debt incurred?    2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical/Dental**

### 4.8

**$2,224.00**

**Citibank/The Home Depot**
Nonpriority Creditor's Name
**Attn: Recovery/Centralized Bankruptcy**
Number    Street
**PO Box 790034**

**St Louis**          **MO      63179**
City                   State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7   6   7   9

When was the debt incurred?    04/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                                        Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

| 4.9 |

$2,330.61

**Discount Tire / SYNCB**
Nonpriority Creditor's Name
**P.O. Box 960061**
Number    Street



**Orlando**                    **FL.**    **32896**
City                    State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    4    2    7    3
When was the debt incurred?    02/2015
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Purchase**

| 4.10 |

$2,196.09

**Drive Savvy**
Nonpriority Creditor's Name
**P.O Box 630942**
Number    Street



**Atlanta**                    **GA**    **30353**
City                    State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    7    8    8    9
When was the debt incurred?    2015
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Purchase**

| 4.11 |

$862.00

**DSRM Nat Bank/Valero**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 696000**



**San Antonio**                    **TX**    **78260**
City                    State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0    0    0    0
When was the debt incurred?    10/26/2015
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Charge Account**

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas

Case number (if known) _____

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

| 4.12 | |
|---|---|
| | $1,508.00 |

Kinecta Fcu
Nonpriority Creditor's Name
Attn: Bankruptcy
Number    Street
PO Box 10003

Manhattan Beach        CA    90266
City        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    0    2    0    8
When was the debt incurred?    02/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    Unsecured

| 4.13 | |
|---|---|
| | $1,329.00 |

Kohls/Capital One
Nonpriority Creditor's Name
Kohls Credit
Number    Street
PO Box 3120

Milwaukee        WI    53201
City        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    9    9    8    2
When was the debt incurred?    08/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    Charge Account

| 4.14 | |
|---|---|
| | $155.00 |

Midnight Velvet
Nonpriority Creditor's Name
1112 7th Avenue
Number    Street

Monroe        WI    53566
City        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    5    5    5    6
When was the debt incurred?    05/2006

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    Credit Purchase

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.15**

**$825.94**

**Ralphs**
Nonpriority Creditor's Name
P.O. Box 15019
Number    Street

_____

Wilmington                    DE      19886
City                          State   ZIP Code
Who incurred the debt?        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    5   9   9   5
When was the debt incurred?        2015
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Purchase**

**4.16**

**$117.34**

**Sears**
Nonpriority Creditor's Name
P.O. Box 78051
Number    Street

_____

Phoenix                       AZ      85062
City                          State   ZIP Code
Who incurred the debt?        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7   7   7   6
When was the debt incurred?        2008
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Purchase**

**4.17**

**$423.63**

**Seventh Ave**
Nonpriority Creditor's Name
1112 7th Avenue
Number    Street

_____

Monroe                        WI      53566
City                          State   ZIP Code
Who incurred the debt?        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    5   5   7   0
When was the debt incurred?        07/2017
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Purchase**

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas

Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.18

**$3,624.00**

**Specializedc**
Nonpriority Creditor's Name
**3443 Camino Del Rio**
Number        Street

**San Diego**        **CA**    **92108**
City        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7  0  0  1
When was the debt incurred?    10/20/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unknown Loan Type**

### 4.19

**$10,493.03**

**Speedy Cash**
Nonpriority Creditor's Name
**270 East Baseline St.**
Number        Street

**San Bernardino**        **CA**    **92410**
City        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Addt'l Acct No: 6926**

Last 4 digits of account number    8  5  2  6
When was the debt incurred?    06/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Cash Loan**

### 4.20

**$2,751.00**

**Syncb/Phillips 66**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 965060**

**Orlando**        **FL**    **32896**
City        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7  8  8  9
When was the debt incurred?    02/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Charge Account**

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**                                                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.                                                                    | **Total claim** |

### 4.21                                                                          $2,004.00

**Synchrony Bank/TJX**                          Last 4 digits of account number    8    3    1    3
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**                       When was the debt incurred?    12/2014
Number    Street
**PO Box 965060**                               As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
**Orlando**                      **FL**    **32896**    ☐ Disputed
City                          State    ZIP Code
Who incurred the debt?    Check one.            Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check this claim is for a community debt      ☑ Other. Specify
                                                   **Charge Account**
Is the claim subject to offset?
☑ No
☐ Yes

### 4.22                                                                          $2,205.73

**The Home Depot**                              Last 4 digits of account number    7    6    7    9
Nonpriority Creditor's Name
**P.O. Box 78011**                              When was the debt incurred?    06/2015
Number    Street
                                                As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
**Phoenix**              **AZ**    **85062**    ☐ Disputed
City                      State    ZIP Code
Who incurred the debt?    Check one.            Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check this claim is for a community debt      ☑ Other. Specify
                                                   **Credit Purchase**
Is the claim subject to offset?
☑ No
☐ Yes

### 4.23                                                                          $1,815.83

**TJx Rewards / SYNCB**                         Last 4 digits of account number    6    3    1    3
Nonpriority Creditor's Name
**P.O. Box 530948**                             When was the debt incurred?    2016
Number    Street
                                                As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
**Atlanta**              **GA**    **30353**    ☐ Disputed
City                      State    ZIP Code
Who incurred the debt?    Check one.            Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt   ☑ Other. Specify
                                                   **Credit Purchase**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.24 | |
|---|---|
| | **$845.00** |

US Bank/RMS CC
Nonpriority Creditor's Name
Attn: Bankruptcy
Number    Street
PO Box 5229

Cincinnati                          OH      45201
City                          State    ZIP Code
Who incurred the debt?        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7  9  1  3
When was the debt incurred?    10/2014
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   Credit Card

| 4.25 | |
|---|---|
| | **$1,325.00** |

USCB America
Nonpriority Creditor's Name
Attn: Bankruptcy
Number    Street
PO Box 74929

Los Angeles                    CA      90004
City                          State    ZIP Code
Who incurred the debt?        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    9  1  5  9
When was the debt incurred?    12/2017
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   Collection Attorney

| 4.26 | |
|---|---|
| | **$851.48** |

Valero
Nonpriority Creditor's Name
P.O. Box 300
Number    Street

Amarillo                        TX      79105
City                          State    ZIP Code
Who incurred the debt?        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    9  7  2  7
When was the debt incurred?    2017
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   Credit Purchase

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                                              Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.                                                                              **Total claim**

| 4.27 | | $4,773.65 |
|---|---|---|

| Walmart | Last 4 digits of account number    6  7  4  3 |
|---|---|

Nonpriority Creditor's Name
P.O. Box 530927

When was the debt incurred? _____

Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Atlanta                              GA        30353
City                            State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Purchase**

| 4.28 | | $4,996.43 |
|---|---|---|

| Wells Fargo | Last 4 digits of account number    8  4  9  3 |
|---|---|

Nonpriority Creditor's Name
P.O. Box 51193

When was the debt incurred?    2002

Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Los Angeles                      CA        90051
City                            State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Purchase**

| Debtor 1 | Howard Thomas, Jr. | |
|---|---|---|
| Debtor 2 | Carrie Thomas | Case number (if known) _____ |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| One Main | | | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|---|
| Name | | | |
| P.O. Box 54290 | | | Line __4.16__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | | | Last 4 digits of account number ___ ___ ___ ___ |
| Los Angeles | CA | 90054 | |
| City | State | ZIP Code | |

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                            Case number (if known) _____

### Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. | $0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. | $0.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. Total. Add lines 6a through 6d. | 6d. | $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. | $0.00 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $53,464.45 |
|  | 6j. Total. Add lines 6f through 6i. | 6j. | $53,464.45 |

**Fill in this information to identify your case:**

| Debtor 1 | Howard | | Thomas, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Carrie | | Thomas |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease        State what the contract or lease is for

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Howard | | Thomas, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carrie | | Thomas |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                    **12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live?       **California**       Fill in the name and current address of that person.

   **Carrie Thomas**
   Name of your spouse, former spouse, or legal equivalent
   **1804 Universal Ave.**
   Number        Street

   | | | |
   |---|---|---|
   | **San Bernardino** | **CA** | **92407** |
   | City | State | ZIP Code |

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* Your codebtor                              *Column 2:* The creditor to whom you owe the debt

                                                          Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Howard | | Thomas, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carrie | | Thomas |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

| | | | |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed  ☑ Not employed | ☑ Employed  ☐ Not employed |
| | **Occupation** | | Home Care Provider |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | | County of San Bernardino |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | Number  Street | 784 Hospitality Ln.  Number  Street |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | San Bernardin | CA | 92415 |
| | | City | State | Zip Code | City | State | Zip Code |

How long employed there?   _____   **10 yrs.** _____

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $3,524.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income.   Add line 2 + line 3. | 4. | $0.00 | $3,524.00 |

Debtor 1    Howard Thomas, Jr.

Debtor 2    Carrie Thomas                                                    Case number (if known)

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................................... → | 4. | $0.00 | $3,524.00 |
| **5.** | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $0.00 | $70.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $49.00 |
| | 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | $0.00 |
| **6.** | Add the payroll deductions.    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $119.00 |
| **7.** | Calculate total monthly take-home pay.    Subtract line 6 from line 4. | 7. | $0.00 | $3,405.00 |
| **8.** | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $517.00 | $1,393.30 |
| | 8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: _____ | 8h. + | $0.00 | $0.00 |
| **9.** | Add all other income.   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $517.00 | $1,393.30 |
| **10.** | Calculate monthly income.   Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $517.00 + | $4,798.30 = | $5,315.30 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +    $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.    $5,315.30
Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.    None.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Howard | | Thomas, Jr. | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Carrie | | Thomas | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:    CENTRAL DIST. OF CALIFORNIA

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. Does Debtor 2 live in a separate household?

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent...................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 34 yrs. | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.    **$2,055.46**

   If not included in line 4:

   4a. Real estate taxes    4a.    _____

   4b. Property, homeowner's, or renter's insurance    4b.    _____

   4c. Home maintenance, repair, and upkeep expenses    4c.    **$200.00**

   4d. Homeowner's association or condominium dues    4d.    _____

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas _____    Case number (if known) _____

| | | | Your expenses |
|---|---|---|---|

5.    Additional mortgage payments for your residence, such as home equity loans    5.    _____

6.    **Utilities:**

   6a.   Electricity, heat, natural gas    6a.   _____ **$300.00**

   6b.   Water, sewer, garbage collection    6b.   _____ **$126.49**

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   _____ **$180.00**

   6d.   Other. Specify: _____    6d.   _____

7.    **Food and housekeeping supplies**    7.   _____ **$400.00**

8.    **Childcare and children's education costs**    8.   _____

9.    **Clothing, laundry, and dry cleaning**    9.   _____ **$100.00**

10.    **Personal care products and services**    10.   _____ **$200.00**

11.    **Medical and dental expenses**    11.   _____ **$350.00**

12.    **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12.   _____ **$100.00**

13.    **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   _____

14.    **Charitable contributions and religious donations**    14.   _____

15.    **Insurance.**
   Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a.   _____ **$172.28**

   15b.   Health insurance    15b.   _____ **$200.00**

   15c.   Vehicle insurance    15c.   _____ **$300.00**

   15d.   Other insurance. Specify: _____    15d.   _____

16.    **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
   Specify: _____    16.   _____

17.    **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    **2013 Honda**    17a.   _____ **$509.67**

   17b.   Car payments for Vehicle 2    **2008 Dodge Caravan**    17b.   _____ **$238.17**

   17c.   Other. Specify: _____    17c.   _____

   17d.   Other. Specify: _____    17d.   _____

18.    **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18.   _____

19.    **Other payments you make to support others who do not live with you.**
   Specify: _____    19.   _____

20.    **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.   Mortgages on other property    20a.   _____

   20b.   Real estate taxes    20b.   _____

   20c.   Property, homeowner's, or renter's insurance    20c.   _____

   20d.   Maintenance, repair, and upkeep expenses    20d.   _____

   20e.   Homeowner's association or condominium dues    20e.   _____

| Debtor 1 | Howard Thomas, Jr. | | | |
|---|---|---|---|---|
| Debtor 2 | Carrie Thomas | | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 21. Other. Specify: | | | 21. | + |

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $5,432.07 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | $5,432.07 |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $5,315.30 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − | $5,432.07 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | ($116.77) |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
None.

### Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Howard | | Thomas, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carrie | | Thomas |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DIST. OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement,
concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to
$250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are
true and correct.

X _____          X _____
Howard Thomas, Jr., Debtor 1                  Carrie Thomas, Debtor 2

Date 06/19/2089                               Date 06/19/2019
     MM / DD / YYYY                                MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | Howard | | Thomas, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Carrie | | Thomas |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy           04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
   Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   - ☐ No
   - ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| From January 1 of the current year until<br>the date you filed for bankruptcy: | ☑ Wages, commissions,<br>bonuses, tips | $1,800.00 (est.) | ☑ Wages, commissions,<br>bonuses, tips | $1,800.00 (est.) |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the last calendar year:<br><br>(January 1 to December 31, 2018 )<br>                   YYYY | ☑ Wages, commissions,<br>bonuses, tips | $38,970.00 (est.) | ☑ Wages, commissions,<br>bonuses, tips | $35,560.00 (est.) |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the calendar year before that:<br><br>(January 1 to December 31, 2017 )<br>                   YYYY | ☑ Wages, commissions,<br>bonuses, tips | $38,500.00 (est.) | ☑ Wages, commissions,<br>bonuses, tips | $35,000.00 (est.) |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**                                                    Case number (if known) _____

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security;
    unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
    and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under
    Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross Income<br>from each source<br>(before deductions<br>and exclusions |
| From January 1 of the current year until<br>the date you filed for bankruptcy: | Social Security | $517.00 | Social Security | $1,393.70 |
|  | Social Security (Son, Willi | $609.00 | Social Security (Son, Carl | $581.00 |
|  | SSI (Son, Willie Thomas) | $342.72 | SSI (Son, Carl Thomas) | $333.24 |
| For the last calendar year:<br>(January 1 to December 31, __2018__ )<br>YYYY | Social Security | $6,204.00 | Social Security | $16,244.40 |
|  | Social Security (Son, Willi | $7,200.00 | Social Security (Son, Carl | $6,972.00 |
|  | SSI (Son, Willie Thomas) | $4,064.64 | SSI (Son, Carl Thomas) | $3,998.88 |
| For the calendar year before that:<br>(January 1 to December 31, __2017__ )<br>YYYY | Social Security | $6,000.00 | Social Security | $16,000.00 |
|  | Social Security (Son, Willi | $7,000.00 | Social Security (Son, Carl | $6,800.00 |
|  | SSI (Son, Willie Thomas) | $4,000.00 | SSI (Son, Carl Thomas) | $3,900.00 |

| Debtor 1 | Howard Thomas, Jr. | |
|---|---|---|
| Debtor 2 | Carrie Thomas | Case number (if known) _____ |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | | | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|---|---|
| Plaza Home Mortgage Inc. | | | | $2,055.46 | $288,167.60 | ☑ Mortgage |
| Creditor's name | | | Monthly | | | ☐ Car |
| P.O. Box 94087 | | | | | | ☐ Credit card |
| Number    Street | | | | | | ☐ Loan repayment |
| | | | | | | ☐ Suppliers or vendors |
| Palatine | IL | 60094 | | | | ☐ Other _____ |
| City | State | ZIP Code | | | | |

| | | | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|---|---|
| Kinecta Federal Credit Union | | | | $509.67 | $21,116.28 | ☐ Mortgage |
| Creditor's name | | | Monthly | | | ☑ Car |
| P.O. Box 91210 | | | | | | ☐ Credit card |
| Number    Street | | | | | | ☐ Loan repayment |
| | | | | | | ☐ Suppliers or vendors |
| City of Industry | CA | 91715 | | | | ☐ Other _____ |
| City | State | ZIP Code | | | | |

| | | | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|---|---|
| One Main Financial | | | | $238.17 | $3,000.00 | ☐ Mortgage |
| Creditor's name | | | Monthly | | | ☑ Car |
| 2999 Kendall Dr., Ste. 211 | | | | | | ☐ Credit card |
| Number    Street | | | | | | ☐ Loan repayment |
| | | | | | | ☐ Suppliers or vendors |
| San Bernardino | CA | 92407 | | | | ☐ Other _____ |
| City | State | ZIP Code | | | | |

Debtor 1   **Howard Thomas, Jr.**
Debtor 2   **Carrie Thomas**                                Case number (if known) _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

---

### Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Matter of Carl Thomas** | **Conservatorship** | **Superior Court of California** <br> Court Name | ☐ Pending |
| | | **County of San Bernardino - Consv** <br> Number   Street | ☐ On appeal |
| Case number **CONPS1800011** | | **247 West Third St., 2nd floor** | ☑ Concluded |
| | | **San Bernardino**   **CA**   **92415** <br> City       State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

---

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                                    Case number (if known) _____

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ☑ No
   ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ☑ No
   ☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ☑ No
   ☐ Yes. Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Ripley and Associates, APC** Attorney fees<br>Person Who Was Paid | | | |
| **14440 Civic Drive**<br>Number    Street | | **12/17/2018** | **$665.00** |
| **Bldg A** _____ | | | |

| **Victorville** | **CA** | **92392** |
|---|---|---|
| City | State | ZIP Code |

Email or website address
_____

Person Who Made the Payment, if Not You

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

   Do not include any payment or transfer that you listed on line 16.

   ☑ No
   ☐ Yes. Fill in the details.

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**                                            Case number (if known) _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
| --- | --- |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☑ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
| --- | --- |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1    Howard Thomas, Jr.
Debtor 2    Carrie Thomas                                                Case number (if known) _____

### Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

  ☑ No
  ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

  ☑ No
  ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

  ☑ No
  ☐ Yes. Fill in the details.

### Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

  ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
  ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
  ☐ A partner in a partnership
  ☐ An officer, director, or managing executive of a corporation
  ☐ An owner of at least 5% of the voting or equity securities of a corporation

  ☑ No. None of the above applies. Go to Part 12.
  ☐ Yes. Check all that apply above and fill in the details below for each business.

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

  ☐ No
  ☐ Yes. Fill in the details below.

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**                                              Case number (if known) _____

### Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____
Howard Thomas, Jr., Debtor 1                    Carrie Thomas, Debtor 2

Date $06/19/2019$                                Date $06/19/2019$

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice,*
                                                                 *Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Howard | | Thomas, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Carrie | | Thomas |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

---

### Part 1:   List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|---|
| Creditor's name: | Hero Program | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: | Residence | | |
| Creditor's name: | Kinecta Federal Credit Union | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: | 2013 Honda Caravan | | |
| Creditor's name: | One Main Financial | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: | 2008 Dodge Caravan | | |

| Debtor 1 | Howard Thomas, Jr. | | |
|---|---|---|---|
| Debtor 2 | Carrie Thomas | | Case number (if known) _____ |

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Plaza Home Mortgage Inc.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No<br>☐ Yes |
| Description of property securing debt: **Residence** | ☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases

Will this lease be assumed?

None.

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____
Howard Thomas, Jr., Debtor 1

X _____
Carrie Thomas, Debtor 2

Date 06/19/2019
MM / DD / YYYY

Date 06/12/2019
MM / DD / YYYY

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re  **Howard Thomas, Jr.**
  **Carrie Thomas**

Case No. _____

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................   **$665.00**

Prior to the filing of this statement I have received.......................................................   **$665.00**

Balance Due...............................................................................................................   **$0.00**

2. The source of the compensation paid to me was:

 ☑ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:

 ☑ Debtor   ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

 ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_06 / 1 9 /2019_
*Date*

*Robert W Ripley*                              Bar No.  51423
Law Office of Ripley and Associates, APC
14440 Civic Drive
Bldg A
Victorville CA 92392
Phone: (760) 243-4488 / Fax: (760) 245-1029

X _____              X _____

*Howard Thomas, Jr.*                              *Carrie Thomas*

| Fill in this information to identify your case: | | | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|---|---|

| Debtor 1 | Howard | | Thomas, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

☑ 1. There is no presumption of abuse.

| Debtor 2 | Carrie | | Thomas |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income   **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $0.00 | $3,524.00 |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

Debtor 1    **Howard Thomas, Jr.**
Debtor 2    **Carrie Thomas**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **7.** | Interest, dividends, and royalties | $0.00 | $0.00 |
| **8.** | Unemployment compensation | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

| | |
|---|---|
| For you............................................................................. | $517.00 |
| For your spouse.................................................................. | $1,393.30 |

**9.** Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act.

| | |
|---|---|
| $0.00 | $0.00 |

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | |
|---|---|
| Tax Refund _____ | $1,371.83 |
| Willie Thomas SSI _____ | $609.00 |
| Total amounts from separate pages, if any. | + _____ + _____ |

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

| | | | |
|---|---|---|---|
| $1,980.83 | + | $3,524.00 | = | $5,504.83 |

Total current
monthly income

| Debtor 1 | Howard Thomas, Jr. | | |
|---|---|---|---|
| Debtor 2 | Carrie Thomas | | Case number (if known) |

## Part 2:    Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.    Copy your total current monthly income from line 11.................................................Copy line 11 here → 12a.    **$5,504.83**

Multiply by 12 (the number of months in a year).    X    **12**

12b.    The result is your annual income for this part of the form.    12b.    **$66,057.96**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **California**

Fill in the number of people in your household.    **3**

Fill in the median family income for your state and size of household.............................................................................. 13.    **$84,003.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.    ☑    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.    ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____
Howard Thomas, Jr., Debtor 1

X _____
Carrie Thomas, Debtor 2

Date 06 / 19 / 2019
MM / DD / YYYY

Date 06 / 19 / 2019
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Attorney or Party name, Address, Telephone and FAX Nos.., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Office of Ripley and Associates, APC<br>Robert W Ripley  51423<br>14440 Civic Drive<br>Bldg A<br>Victorville CA 92392<br><br>(760) 243-4488  FAX  (760) 245-1029<br>admin@ripleyslaw.com | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA Riverside Division**

| In re:<br><br>Howard Thomas, Jr.<br>Carrie Thomas<br><br><br>Debtor(s) | CASE NO:<br>Chapter 7<br><br>**DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASES**<br>[LBR 2090-1(a)(3)] |
|---|---|

1. **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP2016(b), and LBR2090-1(a)(3)and (4), I disclose that:

   a.  I am the attorney for the Debtor.

   b.  Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

      i.   For legal services, I have agreed to accept ☐ an hourly rate of  $          or a ☑ flat fee of  $ 665.00

      ii.  ☑ Prior to filing this disclosure I received  $665.00

      iii. ☐ The balance due is  $ 0.00

2. **Source of Compensation Paid Postpetition (Postpetition Compensation).**

   a.  **Already Paid**  The source(s) of the Postpetition Compensation paid to me was:

      ☑ Debtor(s)        ☐ Other *(specify):*

   b.  **To be Paid**  The source(s) of the Postpetition Compensation to be paid to me is:

      ☐ Debtor(s)        ☐ Other *(specify):*

3. **Sharing of Compensation Paid Postpetition.**

   ☑  I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

   ☐  I have agreed to share Postpetition Compensation with other person or persons who are not  members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of names of the people sharing in the Postpetition Compensation.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4. **Limited Scope of services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

   a. **Services required to be provided:**

      i.  Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;

      ii. Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and

      iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.

   b. ☑ **Additional legal services I will provide:**

      i  ☐ Any proceeding related to relief from stay motions.

      ii ☐ Any proceeding involving a objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

      i  ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

      i  ☑ Reaffirmation of a debt.

      i  ☐ Any lien avoidance under 11 U.S.C. § 522(f)

      i  ☐ Other *(specify):* _____

5. If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Post petition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

## DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

Date: _06/19/2019_

_Signature of attorney for the Debtor_

Robert W Ripley
*Printed name of attorney*

Law Office of Ripley and Associates, APC
*Printed name of law firm*

---

## DECLARATION OF THE DEBTOR

I /we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

Date: _06/19/2019_

_Signature of Debtor 1_

Howard Thomas, Jr.
*Printed name of Debtor 1*

Date: _06/09/2019_

_Signature of Debtor 2_

Carrie Thomas
*Printed name of Debtor 2*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert Ripley, Esq. (CAB 51423)<br>Law Office of Ripley and Associates, APC<br>14440 Civic Drive Bldg A<br>Victorville CA 92392 | |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br>Howard Thomas, Jr.<br>Carrie Thomas | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ⟶ 4 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 06/19/2019

Signature of Debtor 1

Date: 06/19/2019

Signature of Debtor 2 (joint debtor) (if applicable)

Date: 06/19/2019

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Ashro
1112 7th Avenue
Monroe, WI 53566


Axcess Financial
7755 Montogomery Road
Suite 400
Cincinnati, OH 45236


Bank of America
P.O. Box 15019
Wilmington, DE 19886


Bank Of America
4909 Savarese Circle
FL1-908-01-50
Tampa, FL 33634


Capital One
P.O. Box 71087
Charlotte, NC 28272


Capital One Na
Attn: General Correspondence/Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Care Credit
P.O. Box 960061
Orlando, FL 32896


Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179


Discount Tire / SYNCB
P.O. Box 960061
Orlando, FL 32896

Drive Savvy
P.O Box 630942
Atlanta, GA 30353


DSRM Nat Bank/Valero
Attn: Bankruptcy
PO Box 696000
San Antonio, TX 78260


Hero Program
15073 Avenue of Science
San Diego, CA 92128


Kinecta Fcu
Attn: Bankruptcy
PO Box 10003
Manhattan Beach, CA 90266


Kinecta Federal Credit Union
P.O. Box 91210
City of Industry, CA 91715


Kohls/Capital One
Kohls Credit
PO Box 3120
Milwaukee, WI 53201


Midnight Velvet
1112 7th Avenue
Monroe, WI 53566


One Main
P.O. Box 54290
Los Angeles, CA 90054


One Main Financial
2999 Kendal Dr., Ste. 211
San Bernardino, CA 92407

Plaza Home Mortgage Inc.
P.O. Box 94087
Palatine, IL 60094


Ralphs
P.O. Box 15019
Wilmington, DE 19886


Sears
P.O. Box 78051
Phoenix, AZ 85062


Seventh Ave
1112 7th Avenue
Monroe, WI 53566


Specializedc
3443 Camino Del Rio
San Diego, CA 92108


Speedy Cash
270 East Baseline St.
San Bernardino, CA 92410


Syncb/Phillips 66
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896


The Home Depot
P.O. Box 78011
Phoenix, AZ  85062

TJx Rewards / SYNCB
P.O. Box 530948
Atlanta, GA 30353


US Bank/RMS CC
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201


USCB America
Attn: Bankruptcy
PO Box 74929
Los Angeles, CA 90004


Valero
P.O. Box 300
Amarillo, TX 79105


Walmart
P.O. Box 530927
Atlanta, GA 30353


Wells Fargo
P.O. Box 51193
Los Angeles, CA 90051